| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Hyunsuk Albert Chang, Esq. (SBN 206270)<br>Hector Hsu, Esq. (SBN 323657)<br>Law Offices of Albert Chang<br>1225 W. 190th Street, Suite 420<br>Gardena, CA 90248<br>T: (310) 769-6836 | CLEAR FORM |

ATTORNEY(S) FOR: Plaintiff SEOHEE CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SEOHEE CORPORATION, a South Korean Corporation<br><br>Plaintiff(s),<br>v.<br>HEBA APPAREL, INC., a California Corporation; FASHION NOVA, LLC, a California Limited Liability Company; DRESSESWEL, an Unknown Business Entity; MERCARI, INC., a California Corporation, d/b/a MERCARI.COM; WALMART INC., a Delaware Corporation, d/b/a WALMART; and DOES 1 through 10, inclusive<br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff SEOHEE CORPORATION _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SEOHEE CORPORATION | Plaintiff |
| HEBA APPAREL, INC. | Defendant |
| FASHION NOVA, LLC | Defendant |
| DRESSESWEL | Defendant |
| MERCARI, INC., d/b/a MERCARI.COM | Defendant |
| WALMART, INC., d/b/a WALMART | Defendant |

| April 28, 2023 | /s/ Hyunsuk Albert Chang |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff SEOHEE CORPORATION