**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-3259-JFW(MAAx)** | Date: January 17, 2024 |
| Title: | Seohee Corporation -v- Heba Apparel, Inc., et al. | |

**PRESENT:**

　　　　**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER TO SHOW CAUSE RE: SANCTIONS**

　　In the Court's July 17, 2023 Scheduling and Case Management Order ("CMO"), the Court set December 11, 2023, as the last day to conduct a Settlement Conference, and December 15, 2023, as the last day to file a Joint Report Re: Results of Settlement Conference. *See* Docket No. 23. In addition, in the Court's Order Vacating Scheduling Conference, Referral to Private Mediation, and Dismissing Any Unserved Doe Defendants, the Court referred the parties to private mediation for their Settlement Conference. *See* Docket No. 22. Based on the parties' Stipulation to Amend Court's Scheduling and Case Management Order and to Continue Trial and Related Dates (Docket No. 30) ("Stipulation"), the parties have violated the Court's CMO by failing to conduct the Court ordered mediation by the Court ordered deadline of December 11, 2023. *See* Stipulation, ¶ 9 ("The Parties also agreed to participate in formal mediation, if informal settlement discussions fail. The Parties agreed to complete the mediation within 90 days from today"). The parties have also violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference by the Court ordered deadline of December 15, 2023.

　　Accordingly, the parties are ordered to show cause in writing by **January 19, 2024** why the Court should not should not impose sanctions in the amount of $1,500.00 against each of them for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

　　IT IS SO ORDERED.