HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836

Attorneys for Plaintiff SEOHEE CORPORATION,
a South Korean Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOHEE CORPORATION, a South Korean Corporation<br><br>Plaintiff,<br><br>vs.<br><br>HEBA APPAREL, INC., a California Corporation; FASHION NOVA, LLC, a California Limited Liability Company; DRESSESWEL, an Unknown Business Entity; MERCARI, INC., a California Corporation, d/b/a MERCARI.COM; WALMART INC., a Delaware Corporation, d/b/a WALMART; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:23-cv-03259-JFW-MAA<br>Hon. John F. Walter<br><br>**NOTICE OF SETTEMENT** |

**NOTICE OF SETTLEMENT**
- 1 -

**PLEASE TAKE NOTICE** that Plaintiff Seohee Corporation hereby notifies the Court that a global settlement has been reached in the above-captioned case and Defendants Heba Apparel, Inc. and Fashion Nova, LLC have agreed to pay the settlement sum within ten (10) days from the date of this notice.

Dated: March 27, 2024              LAW OFFICES OF ALBERT CHANG

                                        By:  /s/ Hyunsuk Albert Chang
                                             Hyunsuk Albert Chang
                                             Attorneys for Plaintiff
                                             SEOHEE CORPORATION

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836